**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARLIN GOUGHER,

           Petitioner,

    v.

GELENE, et al.,

           Respondents.

Case No. 2:23-cv-07978-FMO-PD

**JUDGMENT**

    Pursuant to the Court's Order Dismissing Petition Without Prejudice, IT IS ADJUDGED that the Petition is dismissed without prejudice.

Dated:  September 27, 2023

                      _____/s/_____

                      FERNANDO M. OLGUIN
                      UNITED STATES DISTRICT JUDGE